IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:90CR41 |
| | ) | |
| V. | ) | |
| | ) | |
| DALE DOBROVOLNY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the plaintiff's motion to dismiss the above-captioned matter (filing 1) is granted.

DATED this 29th day of June, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge